IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RICHARD ELLENBARGER                                          PLAINTIFF

     v.                              CIVIL NO. 07-5119

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

## O R D E R

NOW on this 21st day of October 2008, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  For the reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 4, 2008 (document #16), to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3007.62.

IT IS SO ORDERED.


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE


AO72A
(Rev. 8/82)